# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT RICHARD PRICE, | No. 2:22-CV-0028-KJM-DMC-P |
| Petitioner, | |
| v. | ORDER |
| WARDEN, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2254. Pending before the Court is Petitioner's motion, ECF No. 21, to appear in court for a hearing on Respondent's motion to dismiss. Petitioner's request is denied because, pursuant to Eastern District of California Local Rules, motions in all cases being prosecuted by prisoners are submitted on the record without oral argument. On the Court's own motion, Petitioner is granted an additional 30 days from the date of this order to file an opposition to Respondent's motion to dismiss. Petitioner is cautioned that failure to file an opposition may be construed as consent to the relief requested. See Local Rule 230(c), (l).

IT IS SO ORDERED.

Dated: August 16, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE